UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | MASTER DOCKET: 21 MC 100 (AKH) |
| EDWARD DOUGHERTY, ET AL,<br><br>PLAINTIFF,<br><br>-against-<br><br>A RUSSO WRECKING, ET AL,<br><br>DEFENDANTS. | CIVIL ACTION NO: 06-CV-14614<br><br>STIPULATION DISCONTINUING ACTION WITHOUT PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled civil action referenced as 06CV14614 be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party.

Dated: New York, New York
September 13, 2008

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
CHRISTOPHER R. LOPALO (CL 6466)
350 Fifth Avenue, Suite 7413
New York, NY 10118
(212) 267-3700
*Attorneys for Plaintiffs*

Dated: New York, New York
September 15, 2008

PATTON BOGGS LLP

By: _____
JAMES E. TYRRELL, JR. (JT 4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/08

*Attorneys for, AMEC Construction Management, AMEC Earth & Environmental, Anthony Cortese Specialized Hauling, LLC, Berkel and Company Contractors Inc., Big Apple Wrecking, Breeze Carting, Breeze National, Inc., Brer-Four Transportation Corp., C.B. Contracting Corp., Canron Construction Corp., Component Assembly Systems, Inc., Cord Contracting Co., Inc., D'Onofrio General Contractors Corporation, Diamond Point Excavating, Diego Construction, Diversified Carting Inc., DMT Enterprise, Inc., E.J. Davies Inc., Eagle One Roofing Contracting, Inc., En-Tech Corp., EROC, Ewell W. Finley, P.C., Executive Medical Services, PC, Fleet Trucking, Inc., Francis A. Lee Company, FTI Trucking Corp., Gilsanz, Murray & Steficek, Goldstein Associates PLLC, Hallen Welding Service, Inc., HP Environmental Inc., Koch Skanska, Inc., LaQuila Construction, LaStrada General Contracting Corp., LERA, Lockwood, Kessler & Bartlett, Lucius Pitkin Inc., Manafort Brothers, Inc., Mazzocchi Wrecking, Inc., Moretrench American Corporation, Mueser Rutledge Consulting Engineers, Nacirema Industries Inc., New York Crane & Equipment Corp., Nicholson Construction Company, Peter Scalamandre & Sons Inc., Pinnacle Environmental Corp., Plaza Construction Entities, ProSafety Service LLC, PT&L Contracting Corp., Robert Silman Associates, Robet L. Gerosa, Rodar Enterprises Inc., Royal GM, Inc., SAB Trucking, Safeway Environmental Corp., Semcor Equipment, Silverite Contractors, Simpson Gumpertz and Heger, Inc., Skidmore, Owings & Merrill LLP, Thornton Tomasetti Group/LZA, Total Safety Services, LLC, Tucci Equipment Rental Corp, Tully Construction Co., Vollmer Associates LLP, Weidlinger Associates Inc., Wolkow Braker Roofing Corporation, WSP Cantor Seniuk, Yannuzzi & Sons, Incorporated, Yonkers Contracting Company*

SO ORDERED: 9/17/08

*[signature]*

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK